IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| KENNETH JONES,<br>*Plaintiff,*<br><br>vs.<br><br>SULLIVAN SUPPLY, INC. AND<br>SULLIVAN SUPPLY SOUTH, INC.,<br>*Defendants.* | § § § § § § § § § § | No. 6:19-CV-00184-ADA-JCM |

## ORDER OF DISMISSAL WITH PREJUDICE

Before this Court is Plaintiff Kenneth Jones and Defendants Sullivan Supply, Inc. and Sullivan Supply South, Inc.'s (hereafter "the Parties") Joint Stipulation of Dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Having considered the Parties' Joint Stipulation of Dismissal, the Stipulation should be GRANTED. It is therefore,

ORDERED that the Joint Stipulation of Dismissal is GRANTED, and that the above captioned case is dismissed with prejudice, including all claims and causes of action that Plaintiff brought or could have brought against Defendants, and each party shall bear its own costs and attorneys' fees. It is further,

ORDERED that all relief not specifically granted herein is hereby denied.

This is a Final Judgment.

Dated this 19th day of July, 2019.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE